UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-642 (PAM)

| | | |
|---|---|---|
| THOMAS WHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER FOR APPOINTMENT |
| v. | ) | OF COUNSEL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The Court finds that it would be in the interests of justice to appoint counsel to represent Petitioner in the above captioned post conviction matter. Petitioner is a federal prisoner and financially eligible for the appointment of counsel. The Court appoints the Office of the Federal Defender to represent the Petitioner.

Dated: May 18, 2006

s/ Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Judge