UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas J. White,                                                               Civ. No. 06-0642 (PAM/RLE)

            Petitioner,

v.                                                                                              **ORDER**

R.L. Morrison, Warden,

            Respondent.

---

This matter is before the Court on Petitioner's Motions to Hold Respondent in Contempt and for Release on Bond Pending Compliance with Judgment. Based on submissions of the parties, the Court is satisfied that the Bureau of Prisons considered the factors set forth in 18 U.S.C. § 3621(b) when making an individualized assessment to determine the appropriateness of assigning Petitioner to a community confinement center. Accordingly, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion to Hold Respondent in Contempt (no Docket No.) is **DENIED**; and

2. Petitioner's Motion for Release on Bond Pending Compliance with Judgment (Docket No. 18) is **DENIED**.

Dated: June 10, 2006

                                                      s/ Paul A. Magnuson
                                                      Paul A. Magnuson
                                                      United States District Court Judge